BEFORE THE THIRD DIVISION, NOVEMBER 17, 1938

**No. 39881.**—Protests 904518–G, etc., of Ovington Bros. Co. et al. (New York).

Opinion by CLINE, J. No evidence was offered in support of the claims made. On the records presented the protests were overruled.